**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LISA K. THOMPSON,

    Plaintiff,

vs.                                        CASE NO.: 3:07cv282/MCR/EMT

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY f/k/a
JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY,

    Defendant.
_____/

**AMENDED ORDER OF DISMISSAL**

    This matter is before the Court upon the parties' Stipulation Of Dismissal With Prejudice. (Doc. 31). The previously entered Order of Dismissal (doc. 30) is amended to the extent this case is dismissed consistent with the parties' joint stipulation. The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 25th day of January, 2008.

                                                  *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS
                                            UNITED STATES DISTRICT JUDGE**